UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ING BANK N.V. | CIVIL ACTION |
| VERSUS | NO. 15-5975 c/w 15-6060 |
| | Re: 15-6060 only |
| BULK FINLAND M/V and DRYLOG BULKCARRIERS LIMITED | SECTION: "B" |

## JUDGMENT

In a separate Order and Reasons (Rec. Doc. 63), Plaintiff Bomin Bunker Oil Corp.'s Verified Complaint was dismissed. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in the above-captioned action are hereby **DISMISSED**.

New Orleans, Louisiana, this 30th day of April, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE